UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:25-CR-00136-REW-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RIGOBERTO HERNANDEZ SILVA, | ) | |
| AKA SAMUEL RODRIGUEZ VASQUEZ, | ) | |
| | ) | |
| Defendant. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 14 (Minute Entry), United States Magistrate Judge Matthew A. Stinnett recommended that the undersigned accept Defendant Rigoberto Hernandez Silva's guilty plea and adjudge him guilty of the charge in the Information (DE 13). *See* DE 18 (Recommendation); *see also* DE 17 (Plea Agreement). Judge Stinnett expressly informed Defendant of his right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 18 at 3. The established, three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate[ judge]'s report and recommendation . . . he has forfeited his right to raise this issue on appeal'" (quote brackets simplified) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996))); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); Fed. R. Crim. P. 59(b)(2)–(3) (limiting de novo review duty to "any objection"

filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, ORDERS as follows:

1. The Court ADOPTS DE 18, ACCEPTS Defendant's guilty plea, and ADJUDGES him guilty of the charge in the Information (DE 13);

2. The Court will issue a separate sentencing order.[1]

This the 10th day of November, 2025.

Signed By:
Robert E. Wier
United States District Judge

---

[1] At the hearing, Judge Stinnett remanded Silva to custody, preserving his status prior to arraignment. *See* DE 14, DE 4. Absent intervening orders, Defendant shall remain in custody pending sentencing.